**Order entered November 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00940-CV

### IN RE ZIMMER, INC., Relator

**Original Proceeding from the 366th Judicial District Court
Collin County, Texas
Trial Court Cause No. 366-03111-2011**

## ORDER
Before Justices FitzGerald, Francis, and Brown

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** the writ of mandamus. We **ORDER** the trial judge, the Honorable Raymond Wheless, Judge of the 366th Judicial District Court, Collin County, Texas, to **VACATE** his April 15, 2014 "Order Granting Plaintiff's Motion for New Trial." Should the trial judge fail to comply with this order, the writ will issue. We **ORDER** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of his order issued in compliance with this order. Zimmer, Inc. has not sought the recovery of its costs in this proceeding. Accordingly, we **ORDER** each party to bear its own costs of this original proceeding.

/s/    MOLLY FRANCIS
       JUSTICE